905 A.2d 841

**Linda H. LAMONE, et al.**

v.

**Marirose Joan CAPOZZI, et al.**

**No. 143, Sept. Term, 2005.**

Court of Appeals of Maryland.

Aug. 25, 2006.

Donna Hill Staton, Deputy Atty. Gen., Michael D. Berman, Asst. Atty. Gen. (Michael D. Berman, Asst. Atty. Gen., Marga-

ret Ann Nolan, Steven M. Sullivan, William F. Brockman, Asst. Attys. Gen., Kathryn M. Rowe, Asst. Atty. Gen., on brief), for appellants.

M. Albert Figinski, Baltimore (Christopher R. West, Baltimore, on brief), for appellees.

Argued before BELL, C.J. RAKER, WILNER, CATHELL, HARRELL, BATTAGLIA and GREENE, JJ.

## PER CURIAM ORDER.

For reasons to be stated later in an opinion to be filed, it is this 25th day of August, 2006,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the judgment of the Circuit Court for Anne Arundel County be, and it is hereby, affirmed. Costs to be paid by the appellants. Mandate to issue forthwith.